1  OGLETREE, DEAKINS, NASH,
   SMOAK & STEWART, P.C.
2  DAVID RAIZMAN CA Bar No. 129407
   david.raizman@ogletreedeakins.com
3  AMBER L. ROLLER CA Bar No. 273354
   amber.roller@ogletreedeakins.com
4  400 South Hope Street, Suite 1200
   Los Angeles, California 90071
5  Telephone: 213.239.9800
   Facsimile: 213.239.9045
6
7  Attorneys for Defendant
   GREYHOUND LINES, INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOB SHANEE,<br><br>          Plaintiff,<br><br>     v.<br><br>GREYHOUND LINES, INC., a Delaware Corporation, and DOES 1 through 10, inclusive,<br><br>          Defendants. | Case No. 2:15-cv-03298-SJO-AGR<br><br>**JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**<br><br>Complaint Filed: May 1, 2015<br>Trial Date:      None<br><br>Dist. Judge:   Hon. S. James Otero |

**TO THE COURT AND ALL PARTIES:**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, plaintiff Jacob Shanee ("Plaintiff") and defendant Greyhound Lines, Inc. stipulate and jointly request that this Court enter a dismissal with prejudice of Plaintiff's Complaint in the above-entitled action, in its entirety. Each party shall bear his or its own costs and attorneys' expenses.

IT IS SO STIPULATED.

DATED: September 24, 2015        Respectfully submitted,

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: /s/ Amber L. Roller
David Raizman
Amber L. Roller
Attorneys for Defendant
GREYHOUND LINES, INC.

DATED: September 24, 2015        STELMACH & STELMACH, LLP

By: /s/ Rea Stelmach
Moran Stelmach
Rea Stelmach
Attorneys for Plaintiff
JACOB SHANEE

///

///

////

**Certification Pursuant to Local Rule 5-4.3.4(a)(2)(i)**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Amber L. Roller, do attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated:  September 24, 2015          By:  /s/ Amber L. Roller